**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00477-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MARCOS GUARDADO-PANUCO,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that, pursuant to Defendant's Notice of Disposition filed November 10, 2010 (Doc 13), the status/scheduling hearing set **Monday, November 15, 2010 is VACATED**.

     This will further confirm that a change of plea hearing regarding Defendant Guardada-Panuco is set **Monday, November 29, 2010 at 11:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.  An interpreter is required.


Dated:  November 12, 2010
_____