**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00477-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARCOS GUARDADO-PANUCO,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       This will confirm that, pursuant to a conflict in the Court's calendar, the sentencing hearing regarding Defendant Guardada-Panuco set **February 9, 2011 is VACATED and RESET for Wednesday, March 16, 2011 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  January 21, 2011